IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　No. CIV-15-0115 LH/LAM

SHOHUM, LLC d/b/a COMFORT SUITES,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS
## AS A RESULT OF SETTLEMENT

A settlement conference was held in this case on September 4, 2015, and the case settled.

**WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Monday, October 5, 2015,** absent a request for an extension and a showing of good cause.

    IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**